UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-3-01 |
| Plaintiff, | Hon. Paul L. Maloney |
| v. | U.S. District Judge |
| RYAN LEE TIMKO, | |
| Defendant. | |
| _____ / | |

## **ORDER OF DETENTION**

Defendant was adjudicated guilty by the District Judge on July 7, 2020 (ECF No. 105.)

IT IS HEREBY ORDERED that Defendant will remain detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

Date:  July 29, 2020         /s/ *Maarten Vermaat*
                                           MAARTEN VERMAAT
                                           UNITED STATES MAGISTRATE JUDGE